# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:                                          CHAPTER 13
                                                BANKRUPTCY NO. 20-70158

Michael E. Elswick
Amber Elswick
Debtors

## AGREED ORDER TERMINATING STAY AND ABANDONMENT

Comes Ford Motor Credit Company, a secured creditor herein, and Michael E. Elswick and Amber Elswick, the Debtors, by their respective counsel, and having advised the court that the Debtors do not wish to redeem or reaffirm the indebtedness to said creditor on the 2017 Ford Escape VIN: 1FMCU9GD3HUC86053 described in the security agreement, that said creditor has a valid security interest in said collateral, and the Trustee joins herein to abandon all interest in the collateral, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the stay afforded by 11 U.S.C. §362 be, and hereby is, terminated to permit to enforce its security interest in the collateral described above, and the property is abandoned from the estate, and the automatic stay is further terminated to allow the Creditor to send to the Debtor(s) and/or any Co-Debtor(s) protected by the stay under 11 U.S.C. Sections 1301, any and all notices required by state and/or federal law, regulation or statute. Furthermore, all objections to the Chapter 13 plan by the creditor are hereby withdrawn.

THIS ORDER TENDERED BY::

**Reimer Law Co**.

By: /s/ C. Wesley Pagles
C. Wesley Pagles (#96817)

Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

HAVE SEEN AND AGREED:

/s/ John Hansen
Counsel for Debtors
John  Hansen
213 Lovern Street
Hazard, KY  41701
606-439-6054

/s/ Michael E. Litzinger, attorney for trustee
Trustee
Beverly M. Burden
P.O. Box 2204
Lexington, KY  40588
859-233-1527

# **DISTRIBUTION LIST**

cc:

Debtor

Michael E. Elswick
70 Rocky Hollow
Jenkins, KY 41537

Amber Elswick
70 Rocky Hollow
Jenkins, KY 41537

Counsel for Debtor

John Hansen
213 Lovern Street
Hazard, KY 41701

Counsel for Creditor
C. Wesley Pagles
Reimer Law Co.
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222

Trustee

Beverly Burden M.
P.O. Box 2204
Lexington, KY 40588

U.S.Trustee
100 East Vine Street
Lexington, KY 40507